(July 8, 1958)

■ In the Matter of the Application of BENEDICT M. KOHL, for Admission to the Bar.— Motion for reconsideration of motion for admission to the Bar denied. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.